# LARUSSO, CONWAY & BARTLING, LLP
ATTORNEYS AT LAW
300 Old Country Road, Suite 341
Mineola, New York 11501
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

October 3, 2016

Electronically Filed
Honorable Arthur D. Spatt
United States District Court Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 04 2016 ★

LONG ISLAND OFFICE

Re: United States v. Joseph Mirando
Criminal Docket No. 14-221 (ADS)

Dear Judge Spatt:

Please accept this letter respectfully requesting an adjournment of my client Joseph Mirando's sentencing which is currently scheduled for Friday, October 7, 2016.

I respectfully request that the sentence be adjourned to January 13, 2017 at 10:00 am, a date and time suggested by your courtroom deputy and subject to the Court's approval.

I have been in contact with Assistant United States Attorney Artie McConnell who has consented to our request.

Thank you very much for your consideration of our application.

Respectfully submitted,

Robert P. LaRusso

SO ORDERED
s/ Arthur D. Spatt
ARTHUR D. SPATT, U.S.D.J.
10/4/16

cc: Artie McConnell
United States Attorney's Office
Eastern District of New York
(via ECF)

Holly Kaplan
U.S. Probation Officer
U.S. Probation Eastern District of New York
(via email)